## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| **Lindy Tidwell,** ) | Case No.: 2:18-cv-00465-DCN |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **Progressive Financial Services, Inc.** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Comes now the Plaintiff, Lindy Tidwell, by and through the undersigned counsel of record, and hereby files this Notice of Dismissal. As grounds therefore, the Plaintiff states as follows:

1. The Plaintiff's Complaint was filed on February 16, 2018.

2. Defendant Progressive Financial Services, Inc. has not filed an Answer.

3. The Plaintiff and Defendant have resolved all pending claims.

4. Pursuant to FRCP 41(a)(1)(i), the Plaintiff files this Notice of Dismissal with the intention of dismissing all claims in this action, with prejudice.

*/s/ Penny Hays Cauley*
Penny Hays Cauley, Fed ID No 10323
William K. Geddings, Fed ID No 12584
Attorneys for Plaintiff

**OF COUNSEL:**
HAYS CAULEY, P.C.
1303 West Evans Street
Florence, SC 29501
(843) 665-1717
(843) 665-1718 Facsimile
phc917@hayscauley.com
will@hayscauley.com